IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT L. FLEMING, )<br>SHELLEY R. FLEMING, )<br>JPMORGAN CHASE BANK NA, )<br>MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC. )<br>JPMC SPECIALTY MORTGAGE LLC, )<br>PIERCE COUNTY, WISCONSIN, )<br>RENEWABLE ENERGY TEAM LLC, )<br>WISCONSIN DEPARTMENT OF )<br> REVENUE, and )<br>AG PARTNERS CO-OP, )<br>)<br>Defendants. )<br>_____) | Case No. 15-cv-760<br>Judge William M. Conley<br>Magistrate Judge Stephen L. Crocker |

## **ENTRY OF DEFAULT**

Plaintiff, the United States, requests that the clerk of the court enter default against defendants Robert L. Fleming and Shelley R. Fleming pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record these defendants have failed to appear, plead, or otherwise defend, the default of defendants Robert L. Fleming and Shelley R. Fleming is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 4th day of   February   , 2016

　　　　　　　　　　　　　　　　　　　　　　 s/L. Kamke, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　 Clerk of the Court

1