IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 15-cv-00760 |
| v. | Honorable William M. Conley |
| ROBERT L. FLEMING, et al. | Magistrate Judge Stephen L. Crocker |
| Defendants. | |

### STIPULATED ORDER SETTING ASIDE ENTRY OF DEFAULT

This matter coming to before the Court upon the agreed motion of defendant Mortgage Electronic Registration Systems, Inc. ("MERS") to set aside the clerk's entry of default entered against it on March 10, 2016; the parties having stipulated and agreed to set aside the default; the Court having jurisdiction to hear and determine the motion; and after due deliberation and consideration of the motion, and there being good cause to grant the relief provided herein; it is **ORDERED**:

1. The Motion is granted;
2. The clerk's entry of default entered against MERS on March 10, 2016 is set aside.

**SO ORDERED.**

Dated: March 25, 2016

Hon. William M. Conley
United States District Judge
Western District of Wisconsin