IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT L. FLEMING, SHELLEY R. FLEMING,
JPMORGAN CHASE BANK NA, MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.,
JPMC SPECIALTY MORTGAGE LLC, RENEWABLE
ENERGY TEAM LLC, WISCONSIN DEPARTMENT
OF REVENUE and AG PARTNERS CO-OP,

        Defendants.

ORDER

15-cv-760-wmc

---

The court having been advised that the defendants, Robert and Shelley Fleming, have filed a bankruptcy petition on June 7, 2016,

ORDER

IT IS ORDERED that the above entitled action is STAYED by operation of law under 11 U.S.C. § 362, and the clerk of court is directed to administratively close this case.

Defendants Robert and Shelley Fleming are further DIRECTED to advise the court when their bankruptcy case is closed or dismissed, or when discharge is entered, whichever is first. At that point, the United States may seek to lift the stay as appropriate.

Entered this 7th day of June, 2016.

                      BY THE COURT:

                      /s/

                      William M. Conley
                      District Judge