IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 15-cv-760 |
| | ) | Judge William M. Conley |
| Plaintiff, | ) | Magistrate Judge Stephen L. Crocker |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT L. FLEMING, | ) | |
| SHELLEY R. FLEMING, | ) | |
| JPMORGAN CHASE BANK NA, | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC. | ) | |
| JPMC SPECIALTY MORTGAGE LLC, | ) | |
| RENEWABLE ENERGY TEAM LLC, | ) | |
| WISCONSIN DEPARTMENT OF | ) | |
| REVENUE, and | ) | |
| AG PARTNERS CO-OP, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This matter comes before the Court upon the United States' Fed. R. Civ. P. 41(a)(2) Unopposed Motion to Dismiss Its Complaint. Pursuant to the motion, finding that the United States' claims have been rendered moot, it is hereby ORDERED that the United States' Complaint (filed at ECF No. 1) is dismissed against all defendants without prejudice with each party will bearing their own respective costs, expenses, and attorney's fees incurred (if any) in this action

Dated this 31st day of October, 2019

The Honorable William M. Conley

1